FILED

01/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0348

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0348
_____

ROBERT STINCHFIELD,

     Plaintiff and Appellant,

  v.                                        O R D E R

CITY OF SIDNEY,

     Defendant and Cross-Appellant.
_____

On July 19, 2021, counsel for Appellant Robert Stinchfield filed a Notice of Appeal in this matter. In that Notice, counsel asserted that transcripts had been ordered in accordance with M. R. App. P. 8(3). Under M. R. App. P. 9(1), the record on appeal, including necessary transcripts, shall be transmitted to this Court within 40 days unless certain conditions are met. On August 27, 2021, the District Court record was filed in this Court, and on October 12, 2021, the Seventh Judicial District Court, Richland County, granted court reporter Jennifer J. Blekestad until November 26, 2021, to file the transcripts. To date, no transcripts have been filed, nor has this Court received any requests for extension of time.

IT IS ORDERED that, on or before January 25, 2022, counsel shall file a report on the status of this appeal. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties and to court reporter Jennifer J. Blekestad.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2022